## NELSON *et al.* *vs.* NELSON *et al.*

Testator's will contained this bequest: "I also give and bequeath to my said beloved wife, Charlotte, during her life, my dwelling house, with its appurtenances, and the land adjoining the same, between Walker street on the north, Fenwick street continued, on the south, McKennie's street on the east, and Meigs' line on the west, and at the death of my said wife, it is my will that my said dwelling, appurtenances and the land within the above described bounds

shall descend to my nephew, John Nelson, and his heirs." At the death of the testator, John Nelson had no children:

*Held*, that John Nelson took a vested remainder, and that a deed executed by one of his children, prior to the death of Charlotte, the life tenant, who survived John, passed title to his share of the property as heir to John.

Judgment affirmed.

April 8, 1881. (Head-notes by the court.)

JACKSON, Chief Justice.